UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NATOSHA MARKS, *et al.*, | ) CASE NO. 1:17-cv-1541 |
| | ) CASE NO. 1:18-cv-400 |
| on behalf of themselves and all others similarly situated, | ) |
| | ) |
| Plaintiffs, | ) JUDGE SOLOMON OLIVER, JR. |
| | ) |
| vs. | ) |
| | ) |
| XCEL HEALTHCARE PROVIDERS INC., *et al.* | ) **JOINT SUPPLEMENT TO JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT PURSUANT TO SECTION 216(b) OF THE FLSA (ECF #28)** |
| Defendants, | ) |
| and | ) |
| TIHARA NORRIS, | ) |
| on behalf of herself and all others similarly situated, | ) |
| Plaintiff, | ) |
| vs. | ) |
| XCEL HEALTHCARE PROVIDERS INC. | ) |
| Defendant. | ) |

**I.      INTRODUCTION**

Plaintiffs Tihara Norris, Natosha Marks, and Lisa Harris, and Defendants Xcel Healthcare Providers Inc., Bobbie Stanich, and Neil Stanich (collectively "Parties"), through undersigned counsel, hereby file this supplement to their Joint Motion for Approval of Settlement Pursuant to Section 216(b) of the FLSA (ECF #28).  The Parties have made one ministerial change to the Settlement Agreement relating to the disbursement of costs between Plaintiffs' counsel in the *Marks* and *Norris* matters (*see* ¶ 25), secured all necessary signatures to

the Settlement Agreement (attached as Exhibit A), and submit this for the Court's approval in addition to the Schedule of Payments (Exhibit E to the Joint Motion for Approval).

Respectfully submitted,

| | |
|---|---|
| *s/ Ryan A. Winters* | *s/ (via email consent)* |
| Joseph F. Scott (0029780) | Richard A. Millisor (0062883) |
| Ryan A. Winters (0086917) | Scott W. Gedeon (0077634) |
| Kevin M. McDermott II (0090455) | Fisher & Phillips LLP |
| SCOTT & WINTERS LAW FIRM, LLC | 200 Public Square, Suite 4000 |
| The Caxton Building | Cleveland, Ohio 44114 |
| 812 E. Huron Rd., Suite 490 | Phone: (440) 838-8800 |
| Cleveland, OH 44114 | Facsimile: (440) 838-8805 |
| P: (440) 498-9100  F: (216) 350-6313 | rmillisor@fisherphillips.com |
| jscott@ohiowagelawyers.com | sgedeon@fisherphillips.com |
| rwinters@ohiowagelawyers.com | |
| kmcdermott@ohiowagelawyers.com | *Attorneys for Defendant(s) in both Marks and Norris* |
| *Attorneys for Plaintiffs in Marks and the FLSA Collective* | |

Chastity L. Christy (0076977)
Anthony J. Lazzaro (0077962)
Lori M. Griffin (0085241)
The Lazzaro Law Firm, LLC
920 Rockefeller Building
614 W. Superior Avenue
Cleveland, Ohio 44113
Phone: 216-696-5000
Facsimile: 216-696-7005
anthony@lazzarolawfirm.com
chastity@lazzarolawfirm.com
lori@lazzarolawfirm.com

*Attorneys for Plaintiff in Norris and the FLSA Collective*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*s/ Ryan A. Winters*
Ryan A. Winters (0086917)
